### 45846.   TANT v. THE STATE.

PANNELL, Judge. This case is one in which the facts are identical with, and involve an identical motion, as in *Boatner v. State,* 122 Ga. App. 736 , and is controlled by it.

*Motion denied. Jordan, P. J., and Eberhardt, J., concur.*
DECIDED NOVEMBER 4, 1970.

*Albert M. Horn,* for appellant.

*Eldridge W. Fleming, District Attorney, Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Marion O. Gordon, William R. Childers, Jr., Assistant Attorneys General,* for appellee.